**Steven BREWER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 63115.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 31, 1993.

Lew A. Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

### ORDER

PER CURIAM.

Movant, Steven Brewer, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended

opinion would have no precedential value, we affirm the motion court's order pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.

**In the Interest of E.C.M. and J.M.**

**JUVENILE OFFICER, Respondent,**

v.

**D.M., Natural Mother, Appellant.**

**No. WD 47060.**

Missouri Court of Appeals,
Western District.

Sept. 7, 1993.

James C. Dowling, Fulton, for appellant.

Elizabeth K. Magee, Columbia, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM.

Natural mother appeals from termination of parental rights pursuant to § 211.447.2(2) RSMo 1986.

The judgment is affirmed. Rule 84.16(b).